UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

_____

In re:                                                                   :
                                                                              :    Case No. 18-35953 (CGM)
                                                                              :
SYLVIA ZUNIGA,                                               :    Chapter 13
                                                                              :
                                          Debtor             :
_____:

### ORDER TERMINATING LOSS MITIGATION AND FINAL REPORT

**Name of Creditor**:   U.S. Bank National Association, not in its individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT as serviced by Rushmore Loan Management Services, LLC.

**Property Address**:  5 Mulberry Street, New Paltz, New York 12561.

**Last Four Digits of Account Number of Loan**: 6220

**File Date of Loss Mitigation request**: June 17, 2018

**Date of Entry of Loss Mitigation Order**: October 16, 2018

**Date of Entry of Order Approving Settlement (*if any*)**: _____

**Other Requests for Loss Mitigation in this Case**: ____ Yes        _x___ No

The use of the Court's Loss Mitigation Program Procedures has resulted in the following *[please check appropriate box below]*:

☐ Loan modification                    ☐ Surrender of property

☐ Short sale                                   X  No agreement has been reached

☐ Other: _____

**ORDERED**, that Loss Mitigation is terminated with respect to the Loan identified above by the last four digits of the account number.

**Dated: April 12, 2022**
**Poughkeepsie, New York**

/s/ Cecelia G. Morris
_____
**Hon. Cecelia G. Morris**
**U.S. Bankruptcy Judge**